[No. 27438-1-III.   Division Three.   October 15, 2009.]

*In the Matter of the* CLARENCE C. ARGYLE AND OPAL V. ARGYLE REVOCABLE LIVING TRUST.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-4-00809-7, Robert D. Austin, J., entered August 29, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[Nos. 27455-1-III; 27750-0-III.   Division Three.   October 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME CURRY, JR., *Appellant*.

*In the Matter of the Personal Restraint of* JEROME CURRY, JR., *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-04532-6, Tari S. Eitzen, J., entered September 23, 2008, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 61124-1-I.   Division One.   October 19, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ERNEST HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01750-0, Kenneth L. Cowsert, J., entered December 11, 2007. *Affirmed* by unpublished per curiam opinion.